Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
IGNACIO MURGUIA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO MURGUIA | Case No.: 1:16-cv-00452-BAM |
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and including December 6, 2016, in which to file Plaintiff's Opening Brief; and that all other deadlines set forth in the April 1, 2016 Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **November 28, 2016**        /s/ Barbara A. McAuliffe
                                UNITED STATES MAGISTRATE JUDGE