PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI
Special Assistant United States Attorney
  Social Security Administration
  160 Spear Street, Suite 800
  San Francisco, CA  94105
  Telephone: 415-977-8952
  Facsimile: 415-744-0134
  Email: Asim.Modi@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| IGNACIO MURGUIA, ) | Case No. 1:16-cv-0452-BAM |
| Plaintiff, ) | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |
| v. ) | |
| CAROLYN W. COLVIN ) Acting Commissioner of Social Security, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her responsive brief with the Court by 30 days to **February 6, 2017**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly.  This is Defendant's first request for an extension of time in this matter, and she requests it in good faith and without any intent to prolong proceedings unduly.

  There is good cause for this extension request.  First, a 30-day extension is necessary because counsel for Defendant will be out of the office on scheduled leave from December 26, 2016, through January 10, 2017, and requires additional time to adequately research and analyze

1 the factual record and Plaintiff's legal claims.  Second, counsel for Defendant has workload
2 issues that preclude filing the responsive brief by January 5, 2017.  Specifically, in addition to
3 the scheduled leave referenced above, counsel for Defendant is currently responsible for drafting
4 substantive pleadings before the district courts within the Seventh and Ninth Circuit, drafting
5 appellate briefs in three Social Security matters before the Ninth Circuit, and negotiating or
6 litigating attorney fee matters pursuant to the Equal Access to Justice Act.  Counsel for
7 Defendant is also currently responsible for conducting discovery and preparing for a hearing in
8 personnel litigation pending before the Merit Systems Protection Board.
9     Counsel for Defendant apologizes to Plaintiff and the Court for any inconvenience caused
10 by this delay.

Respectfully submitted,

Date: _December 20, 2016_     LAW OFFICES OF LAWRENCE D. ROHLFING

By:   _/s/ Asim H. Modi for Monica Perales*_
      MONICA PERALES
      *Authorized by email on December 20, 2016
      Attorneys for Plaintiff

Date: _December 20, 2016_     PHILLIP A. TALBERT
                              United States Attorney
                              DEBORAH LEE STACHEL
                              Regional Chief Counsel, Region IX
                              Social Security Administration

By:   _/s/ Asim H. Modi_
      ASIM H. MODI
      Special Assistant United States Attorney
      Attorneys for Defendant

## ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED that Defendant shall have a 30-day extension, or until February 6, 2017, in which to file a response to Plaintiff's Opening Brief; and that all other deadlines set forth in the Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **December 21, 2016**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE